IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DON HAYS, on behalf of himself and all others similarly situated, § § § *Plaintiff,* § § v. § § FROST & SULLIVAN, INC., § § *Defendant.* § | CASE NO. 5:23-cv-01490 |

## NOTICE OF RESOLUTION AND REQUEST FOR STAY OF PROCEEDINGS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiff, Don Hays, and Defendant Frost & Sullivan, Inc. (collectively, the "Parties") file this Notice of Settlement and Request for Stay of Proceedings.

Specifically, the Parties have reached a confidential resolution to the claims asserted by Plaintiff. That resolution is pending execution of mutually agreeable settlement documents, which the parties anticipate occurring in the next 30 days. The Parties therefore ask that the Court remove this matter from its docket and stay proceedings herein so as to allow the Parties to conclude this resolution. Should the Parties fail to conclude this resolution, the Parties will ask that the Court reinstate this matter.

The Parties request that the Court specifically remove from its docket the currently noticed hearing concerning Plaintiff's Motion to Compel Discovery and Defendant's Motion to Quash Subpoena to Stroz Friedberg, currently set for hearing at 2:00 p.m. on Thursday, October 3, 2024.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Don Hays and Defendant, Frost & Sullivan, Inc., pray that this Honorable Court take notice of their resolution of this matter and stay any additional case activity for a period of no less than 30 days.

Respectfully submitted,

**COZEN O'CONNOR**

*/s/ Gregory S. Hudson*
Gregory S. Hudson
Texas Bar No. 00790929
LyondellBasell Tower
1221 McKinney, Suite 2900
Houston, Texas 77010
Tel: (832) 214-3900
Fax: (832) 214-3905
ghudson@cozen.com

ATTORNEY FOR DEFENDANT
FROST & SULLIVAN, INC.


**STRAUSS BORRELLI**

*/s/ Raina Borelli (signed with permission)*
Samuel J. Strauss
Raina Borrelli
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
raina@straussborelli.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing document was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on October 3, 2024:

Joe Kendall
Kendall Law Group, PLLC
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Jkendall@kendalllawgroup.com

-and-

Samuel J. Strauss
Raina Borrelli
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
raina@straussborelli.com

ATTORNEYS FOR PLAINTIFF

                                                  */s/ Gregory S. Hudson*
                                                    Gregory S. Hudson