IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DON HAYS, on behalf of himself and all others similarly situated, | § § § | |
| *Plaintiff,* | § § | CASE NO. 5:23-cv-01490 |
| v. | § § | |
| FROST & SULLIVAN, INC., | § § | |
| *Defendant.* | § § | |

## ORDER CONCERNING NOTICE OF RESOLUTION

On the 3rd day of October, 2024, the Court received the Notice of Resolution filed by Plaintiff, Don Hays, and Defendant Frost & Sullivan, Inc. In light of this notice, the Court hereby CANCELS the hearing currently set for October 3rd, 2024 concerning Plaintiff's Motion to Compel and Defendant's Motion to Quash Subpoena to Stroz Friedbert. The Court also hereby STAYS all further proceedings in this matter for the next 30 days to allow the Parties to conclude their resolution.

SIGNED, this _____ day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE