IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DON HAYS, on Behalf of Himself and Others Similarly Situated, | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-1490-FB |
| FROST & SULLIVAN, INC., | § § § | |
| *Defendant*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Stipulation to Voluntarily Dismiss With Prejudice, filed by the parties on October 25, 2024. (Docket no. 40). The parties stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure, that this matter is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation signed by the parties (docket no. 40) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled cause is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of October, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE